WILLIAM N. CARLON (SBN 305739)
william@carlonlaw.com
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115

ERINA KWON (SBN 235079)
erina@lawaterkeeper.org
BENJAMIN A. HARRIS (SBN 313193)
ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER,<br><br>Plaintiff,<br><br>v.<br><br>WEBER METALS, INC.,<br><br>Defendant. | Case No. 2:26-CV-05311-MWC-AS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: Service waived on May 18, 2026<br>Current Response Date: July 17, 2026<br>New Response Date: August 17, 2026 |

IT IS HEREBY STIPULATED by and between Plaintiff LOS ANGELES WATERKEEPER ("LA Waterkeeper") and Defendant Weber Metals, Inc. ("Weber") (collectively the "Parties") as follows:

1.      WHEREAS, on May 18, 2026, LA Waterkeeper sent Weber a request to waive service under Fed. R. Civ. P. 4(d), and Weber executed and returned the waiver. (*See* ECF No. 4);

92716-00005/8118442.1

2.    WHEREAS, Defendant has not previously been granted an extension of time to respond to the initial complaint;

3.    WHEREAS, the Parties have been engaged in settlement negotiations;

4.    WHEREAS, the Parties believe continued negotiations may lead to resolution without litigation; and

5.    THEREFORE, seeking to avoid incurring litigation costs associated with Weber's response in this action, it is hereby stipulated by the Parties as follows:

        a.    Pursuant to Local Civil Rule 8-3, a response from Weber, currently due on July 17, 2026, will now be due on August 17, 2026 to allow the parties to negotiate settlement; and

        b.    This extension and settlement schedule will not alter the date of any event, or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

DATED:  July 13, 2026        LAW OFFICE OF WILLIAM CARLON


By: /s/ William Carlon
     WILLIAM N. CARLON (SBN 305739)

     Attorney for Plaintiff
     LOS ANGELES WATERKEEPER


DATED:  July 13, 2026        GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP


By: /s/ Noah Perch-Ahern
     NOAH PERCH-AHERN (SBN 262164)
     SEDINA L. BANKS (SBN 229193)

     Attorneys for Defendant
     WEBER METALS, INC.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED:  July 13, 2026                    LAW OFFICE OF WILLIAM CARLON


                                         By: /s/ William Carlon
                                             WILLIAM N. CARLON (SBN 305739)

                                             Attorney for Plaintiff
                                             LOS ANGELES WATERKEEPER