WILLIAM N. CARLON (SBN 305739)
william@carlonlaw.com
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115

ERINA KWON (SBN 235079)
erina@lawaterkeeper.org
BENJAMIN A. HARRIS (SBN 313193)
ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER,<br><br>                    Plaintiff,<br><br>        v.<br><br>WEBER METALS, INC.,<br><br>                    Defendant. | Case No. 2:26-CV-05311-MWC-AS<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**[Proposed Order filed concurrently herewith]**<br><br>**Current Response Date: August 17, 2026**<br><br>**New Response Date: September 8, 2026** |

By and through their undersigned counsel of record, Plaintiff Los Angeles Waterkeeper ("LA Waterkeeper") and Defendant Weber Metals, Inc. ("Weber") (collectively, the "Parties") hereby stipulate and agree as follows subject to approval by the Court:

1. WHEREAS, on May 18, 2026, LA Waterkeeper sent Weber a request to waive service of the summons and Complaint under Fed. R. Civ. P. 4(d), and Weber executed and returned the waiver;

2. WHEREAS Weber's initial deadline to respond to the Complaint was July 17, 2026;

3. WHEREAS, the Parties have been engaged in settlement negotiations;

4. WHEREAS, on July 13, 2026, the Parties filed a Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days pursuant to Local Civil Rule 8-3 (Dkt. 9), thereby extending Weber's deadline to respond from July 17, 2026 to August 17, 2026;

5. WHEREAS, the Parties believe continued settlement negotiations may lead to resolution of this action without further litigation, and therefore submit that good cause exists for a further extension of Weber's response deadline;

6. THEREFORE, seeking to avoid incurring litigation costs associated with Weber's response in this action, it is hereby stipulated by the Parties as follows:

a. Weber's deadline to respond to the Complaint shall be extended from August 17, 2026 to September 8, 2026; and

SECOND STIPULATION TO EXTEND
TIME TO RESPOND TO INITIAL
COMPLAINT

2

CASE NO. 2:26-CV-05311-MWC-AS

b. This extension will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

DATED: August 11, 2026      LAW OFFICE OF WILLIAM CARLON

By: /s/ William Carlon
     WILLIAM N. CARLON (SBN 305739)

Attorney for Plaintiff
LOS ANGELES WATERKEEPER

DATED: August 11, 2026      GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/ Sedina Banks
     NOAH PERCH-AHERN (SBN 262164)
     SEDINA L. BANKS (SBN 229193)

Attorneys for Defendant
WEBER METALS, INC.

SECOND STIPULATION TO EXTEND
TIME TO RESPOND TO INITIAL      3      CASE NO. 2:26-CV-05311-MWC-AS
COMPLAINT

## <u>SIGNATURE ATTESTION</u>

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED:  August 11, 2026          LAW OFFICE OF WILLIAM CARLON


                                 By: /s/ William Carlon
                                 WILLIAM N. CARLON (SBN 305739)

                                 Attorney for Plaintiff
                                 LOS ANGELES WATERKEEPER

SECOND STIPULATION TO EXTEND
TIME TO RESPOND TO INITIAL                    4                    CASE NO. 2:26-CV-05311-MWC-AS
COMPLAINT