WILLIAM N. CARLON (SBN 305739)
william@carlonlaw.com
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115

ERINA KWON (SBN 235079)
erina@lawaterkeeper.org
BENJAMIN A. HARRIS (SBN 313193)
ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER,<br><br>Plaintiff,<br><br>v.<br><br>WEBER METALS, INC.,<br><br>Defendant. | Case No. 2:26-CV-05311-MWC-AS<br><br>**[PROPOSED] ORDER**<br><br>**GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

Having reviewed the Parties' Second Stipulation to Extend Time to Respond to Complaint, and good cause appearing, the Court ORDERS as follows:

1.    Defendant Weber Metals, Inc.'s deadline to respond to the Complaint is extended from August 17, 2026 to September 8, 2026;

2.    All other dates and deadlines previously set by the Court remain unchanged;

**IT IS SO ORDERED.**

DATED:

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
SECOND STIPULATION TO EXTEND
TIME TO RESPOND TO INITIAL
COMPLAINT

2

CASE NO. 2:26-CV-05311-MWC-AS