**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES WATERKEEPER<br><br>Plaintiff,<br><br>v.<br><br>WEBER METALS, INC.,<br><br>Defendant. | Case No. 2:26-cv-05311-MWC-AS<br><br>**ORDER DENYING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (DKT. [10])** |

Before the Court is the parties' Second Stipulation to Extend Time to Respond to Initial Complaint ("Stipulation").  Dkt. # 10.  The parties stipulate to extend Defendant Weber Metals, Inc.'s ("Defendant") time to respond to the initial complaint from August 17, 2026, to September 8, 2026.  Upon review of the Stipulation, the Court finds good cause does not exist to warrant an extension.  Accordingly, the parties' Stipulation (Dkt. # 10) is **DENIED**.

**IT IS SO ORDERED.**

DATED:  August 12, 2026

_____
Hon. Michelle Williams Court
United States District Judge