NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
NOAH PERCH-AHERN (SBN 262164)
NPerchAhern@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687
ATTORNEY(S) FOR: Weber Metals, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES WATERKEEPER<br>Plaintiff(s),<br>v.<br>WEBER METALS, INC.<br>Defendant(s) | CASE NUMBER:<br>2:26-CV-05311-MWC-AS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Weber Metals, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Otto Fuchs Beteiligungen KG, a privately held German Partnership, and all related subsidiaries | Parent Company and related subsidiaries |

August 17, 2026
Date

/s/ Noah Perch-Ahern
Signature

Attorney of record for (or name of party appearing in pro per):

Weber Metals, Inc.